UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE

| | |
|---|---|
| JEFFERY GREEN,<br><br>    Plaintiff,<br><br>v.<br><br>ALLY FINANCIAL INC. dba OLLO;<br>and EQUIFAX INFORMATION<br>SERVICES, LLC,<br><br>    Defendants. | Case No.: 1:23-cv-00261-TRM-SKL<br><br>**NOTICE OF SETTLEMENT AS TO DEFENDANT EQUIFAX INFORMATION SERVICES, LLC** |

    Plaintiff, by and through undersigned counsel, hereby notifies the Court that Plaintiff has reached a settlement in the above-referenced matter Equifax Information Services, LLC ("Equifax"). Plaintiff and Equifax are in the process of finalizing the settlement, whereupon Plaintiff will move for dismissal with prejudice. Plaintiff anticipates that the settlement and dismissal of claims against Equifax will be finalized within the next sixty (60) days. Plaintiff's claims against Ally Financial Inc. dba Ollo remain pending.

    Respectfully submitted March 1, 2024.

                                            */s/ Roy Steve Merritt*
                                            Roy Steve Merritt, Esq.
                                            The Law Office of Roy Steve Merritt
                                            609 Geno Circle
                                            Maryville, TN 37803
                                            Telephone: 865-983-7636
                                            Fax: 865-207-6454
                                            stevem@smerrittlaw.com
                                            Attorney for Plaintiff

Case 1:23-cv-00261-TRM-SKL   Document 21   Filed 03/01/24   Page 1 of 2   PageID #: 62

Green v. Ally, et al.                                                                NOTICE OF SETTLEMENT

## CERTIFICATE OF SERVICE

I hereby certify that on March 1, 2024, I electronically transmitted the foregoing document to the Clerk's Office using the ECF system for filing and transmittal of a Notice of Electronic Filing to all CM/ECF registrants of record in this matter.

<u>/s/ Roy Steve Merritt</u>